# United States Bankruptcy Court
## Middle District of Georgia

IN RE:                                                          Case No. _____

**Cooper-Lewis, Shandrina**                                           Chapter **13**

Debtor(s)

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $ **1,170.00** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

a. The trustee percentage fee as set by the United States Trustee.

b. The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| Name of Creditor | Month of First Payment Under Plan | Monthly Payment Amount |
|---|---|---|
| **Chase Mortgage** | **02/11** | **1,909.00** |

c. Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| Name of Creditor | Adequate Protection Amount |
|---|---|
| **Wells Fargo** | **10.00** |

d. Attorney fees of $ **2,500.00** will be paid pursuant to the Administrative Order of the Court.

e. After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| Name of Creditor | Amount Due | Value | Interest Rate | Collateral | Monthly Payment Amount |
|---|---|---|---|---|---|
| **Wells Fargo** | **1,095.00** | **Debt** | **5.50** | **2002 Honda Accord** | **37.00** |

f. After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows.

| Name of Creditor | Estimated Amount Due | Value | Interest Rate | Collateral |
|---|---|---|---|---|
| **Chase Mortgage** | **14,900.00** | **Debt** | **0.00** | **208 Willow Brook Way NW** |

g. The following collateral is surrendered to the creditor:

| Name of Creditor | Description of Collateral |
|---|---|
| **None** | |

h. The following domestic support obligations will be paid over the life of the plan as follows: (These payments will be made simultaneously with payment of the secured debt and will not include interest at the rate of _____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| Name of Creditor | Payment Amount |
|---|---|
| **None** | |

i. The following unsecured claims are classified to be paid at 100%. These payments will be made simultaneously with payment of the secured debt:
**None**

j. All other 11 U.S.C. §507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds

become available in the order specified by law.

k. The debtor(s) will be the disbursing agent on the following debts:
**None**

l. Special provisions:
**None**

Pursuant to U.S.C. section 522(f), debtor moves to avoid the liens of the following creditors, upon confirmation but subject to section 349, with respect to property described below:

| Creditor | Property |
|---|---|
| **Lendmark** | **HHG** |

m. General unsecured creditors whose claims are duly proven and allowed will be paid

    1.   **0.00**  % dividend or a prorata share of $ _____, whichever is greater.

Dated: **December 3, 2010**             */s/ Shandrina Cooper-Lewis*
                                                                                 Debtor

                                                                                Debtor